# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| 2morrows Solutions 2day, LLC,[3] | Case No. 20-13870-elf |
| Debtor. | |

## APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION PURSUANT TO SECTIONS 327(a), 329 & 1107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 & 2016 AND BANKR. E.D. PA. L.R. 2014-1 & 2016-1 FOR AUTHORIZATION TO RETAIN AND EMPLOY JENSEN BAGNATO, P.C. AS ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION ~~NUNC PRO TUNC AS OF THE PETITION DATE~~

Upon consideration Application of Debtor and Debtor-In-Possession Pursuant to Section 327(a), 329 & 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 & 2016 And Bankr. E.D. Pa. L.R. 2014-1 & 2016-2 For Authorization To Retain And Employ Jensen Bagnato, P.C. ("JBLaw"), As Attorneys For The Debtor And Debtor-In-Possession Nunc Pro Tunc as of the Petition Date (the "Application");[4]; and the Court being satisfied, based on the representations made in the Application, and the Affidavit of Jeffrey M. Carbino, Esquire that JBLaw represents or holds no interest adverse to the Debtor or its estates as to the matters upon which it is to be engaged and is disinterested under section 101(14) of the Bankruptcy Code, and that the employment of JBLaw is necessary and is in the best interests of the Debtor and its estate and it appearing that sufficient notice of the Application has been given; and good cause having been shown, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that JBLaw is retained and employed ~~*nunc pro tunc* as of September 25, 2020~~ (for purposes of allowance of compensation) effective Oct. 16, 2020, the date of the filing of the Application; and it is further

---
[3] The last four digits of the Debtor's federal tax identification number are 8517.
[4] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Application.

ORDERED that JBLaw shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules of the Court, and such procedures as may be fixed by order of this Court

Dated: October 16, 2020

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

XX